CO-386-online
10/03

# United States District Court
# For the District of Columbia

Fraternal Order of Police, First )
Federal Lodge 1-F, et. al. )
)
)
              Plaintiff )    Civil Action No. __08-cv-_____
  vs )
)
Robert Gates, in his official capacity )
as Secretary of Defense )
)
             Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Stephen G. DeNigris__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Not Applicable__ which have any outstanding securities in the hands of the public:

Not Applicable

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record
Signature

DC 440697
BAR IDENTIFICATION NO.

Stephen G. DeNigris
Print Name

2100 M Street NW Suite 170-283
Address

Washington    DC    20037
City    State    Zip Code

(703)416-1036
Phone Number