UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FRATERNAL ORDER OF POLICE, D.C.
LODGE 1, NDW LABOR COMMITTEE,
INC., et. al.,**

                 Plaintiffs,            CIVIL ACTION NO.: 08-cv-0039 (RJL)

     v.

**ROBERT M. GATES**, in his official
capacity as Secretary of the Department
of Defense,

                 Defendant.
_____/

**ATTORNEY'S AFFIDAVIT OF SERVICE**

Pursuant to Local Rule 5.3, Plaintiff, through his counsel, files this attorney's affidavit of service. Furthermore counsel would state:

1.    I am the counsel of record in the above-referenced complaint.

2.    Service of the complaint was made on the following individuals:

A.    On the Attorney General of the United States, on January 23, 2008, by U.S. Mail, first class, postage prepaid, certified mail return receipt requested #7001-1140-0001-4724-8336.

B.    On the United States Attorney for the District of Columbia on January 24, 2008, by U.S. Mail, first class, postage prepaid, certified mail return receipt requested #7001-1140-0001-4724-8343.

                        Respectfully submitted,

                        ***/s/ Stephen G. DeNigris, Esq.***
                        Stephen G. DeNigris, Esq.
                        D.C. Bar No. 440697
                        Attorney for the Plaintiff
                        2100 M Street, N.W. #170-283
                        Washington, D.C. 20037
                        Office: (703)416-1036
                        Office Fax: (703)416-1037

Dated: January 30, 2008

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing attorney's affidavit of service was served on the following by U.S. Mail, Postage Prepaid on the 31st day of January 2008:

Hon. Robert M. Gates
Secretary of the Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Hon. Michael Mukasey
Attorney General of the United states
U.S. Department of Justice
10th & Constitution Ave, NW
Washington, DC 20530

Hon. Jeffrey Taylor
U.S. Attorney for the District of Columbia
C/O Civil Clerk
555 4th Street, NW
Washington, DC 20530


                                            ***/s/ Stephen G. DeNigris, Esq.***
                                            Stephen G. DeNigris, Esq.