UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, D.C. ) <br> LODGE 1, NDW LABOR COMMITTEE, INC., ) <br> *ET AL.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> ROBERT M. GATES, ) <br> Secretary, U.S Department of Defense, ) <br> ) <br> **Defendant.** ) <br> ) | Case No: 08-0039 (RJL) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Defendant.

Dated: March 3, 2008                              Respectfully submitted,

                                                              /S/
                                    John C. Truong, D.C. Bar # 465901
                                    Assistant United States Attorney
                                    Judiciary Center Building
                                    555 Fourth Street, N.W.
                                    Washington, D.C. 20530
                                    (202) 307-0406
                                    (202) 514-8780 (fax)
                                    john.truong@usdoj.gov