UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, D.C. ) <br> LODGE 1, NDW LABOR COMMITTEE, INC., ) <br> *ET AL.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROBERT M. GATES, ) <br> Secretary, U.S Department of Defense, ) <br> ) <br> Defendant. ) <br> ) | Case No: 08-0039 (RJL) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(d), Defendant respectfully requests an extension of time from March 28, 2008, to April 28, 2008, to respond to Plaintiffs' Complaint. Pursuant to Local Rule 7(m), the parties conferred and Plaintiffs' counsel consented to this Motion.

There is good cause for the Court to grant this Motion. Plaintiffs' 49-paragraph complaint alleges that Defendant violate the Administrative Procedure Act (APA) when the agency intends to subject Plaintiffs to a certain non-lethal weapon training program. Specifically Plaintiffs claims that Defendant's non-lethal weapon training program violates the APA because it requires Plaintiffs to be sprayed with oleoresin capsicum (a type of pepper spray).

Defendant is in the process of evaluating Plaintiffs' allegations but has not yet completed that process. Additional time is needed for Defendant to prepare a proper response after the evaluation process. An extension is also needed due to the undersigned counsel's other pressing litigation matters. More particularly, the undersigned counsel is scheduled to go to trial in Elion v. Jackson, Civ. No. 05-0992 (PLF), from April 1 to 8, 2008. Trial preparation has consumed

substantial time and the undersigned counsel has not had the opportunity to complete the evaluation of Plaintiff's allegations.  Furthermore, the undersigned counsel is also preoccupied with working with OFHEO in the In re Fannie Mae Litigation, Civ. No. 04-1639 (RLJ), to resolve disputes over certain privilege claims.  This process has also consumed more time than anticipated.

For these reasons, Defendant respectfully requests that the Court extend the deadline to April 28, 2008, for Defendant to respond to Plaintiffs' Complaint.


Dated: March 25, 2008.                    Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant


**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **FRATERNAL ORDER OF POLICE, D.C.** )<br>**LODGE 1, NDW LABOR COMMITTEE, INC.,** )<br>*ET AL.*, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**ROBERT M. GATES,** )<br>**Secretary, U.S Department of Defense,** )<br>)<br>**Defendant.** )<br>) | **Case No: 08-0039 (RJL)** |

ORDER

Upon consideration of Defendant's Consent Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, April 28, 2008, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge