UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, D.C. ) <br> LODGE 1, NDW LABOR COMMITTEE, INC., ) <br> *ET AL.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ROBERT M. GATES, ) <br> Secretary, U.S Department of Defense, ) <br> ) <br> Defendant. ) <br> ) | Case No: 08-0039 (RJL) |

### DEFENDANT'S MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(d), Defendant respectfully requests an extension of time from April 28, 2008, to May 5, 2008, to respond to Plaintiffs' Complaint. Pursuant to Local Rule 7(m), the undersigned counsel call Plaintiff's counsel to seek his consent but received a voice message indicating that Plaintiff's counsel is out of the country until May 6, 2008.

There is good cause for the Court to grant this Motion. Plaintiffs' 49-paragraph complaint alleges that Defendant violated the Administrative Procedure Act (APA) and the Fifth Amendment when the agency intends to subject Plaintiffs to a certain non-lethal weapon training program. Specifically Plaintiffs claims that Defendant's non-lethal weapon training program violates the APA because it requires Plaintiffs to be sprayed with oleoresin capsicum (a type of pepper spray).

Defendant intended to respond to Plaintiff's Complaint by the due date; however, other pressing litigation matters prevented the undersigned counsel from finalizing the response for filing by the deadline. Specifically, the undersigned counsel was in jury trial that did not

conclude until April 10.  Thereafter, the undesigned counsel had an oral argument in the D.C. Circuit. The week following the trial, the undersigned had to prepare and defend agency officials for depositions in another matter.

During the week of April 21, the undersigned counsel had to file an opposition brief in yet another case and had to defendant three other depositions.  Furthermore, the undersigned counsel also devoted time to working with the Individual Defendants to informally resolve certain privilege claims asserted by OFHEO in In re Fannie Mae Litigation, Civ. No. 04-1639 (RJL).  Given these litigation matters, the undersigned counsel could not finalize the response sufficiently in advance of the due date for agency and supervisory review prior to filing it with the Court.

For these reasons, Defendant respectfully requests that the Court extend the deadline to May 5, 2008, for Defendant to respond to Plaintiffs' Complaint.

Dated: April 24, 2008.                    Respectfully Submitted,

                                          /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                          /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                          /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **FRATERNAL ORDER OF POLICE, D.C. LODGE 1, NDW LABOR COMMITTEE, INC.,** *ET AL.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **ROBERT M. GATES,** **Secretary, U.S Department of Defense,** <br><br> **Defendant.** | Case No: 08-0039 (RJL) |

ORDER

Upon consideration of Defendant's Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, May 5, 2008, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge