UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, D.C. LODGE 1, NDW LABOR COMMITTEE, INC., *ET AL.*, </br></br> Plaintiffs, </br></br> v. </br></br> ROBERT M. GATES, </br> Secretary, U.S Department of Defense, </br></br> Defendant. | Case No: 08-0039 (RJL) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(d), Defendant respectfully requests a two-business day extension of time from May 5, 2008, to May 7, 2008, to respond to Plaintiffs' Complaint. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel does not oppose this Motion.

There is good cause for the Court to grant this Motion. Plaintiffs' 49-paragraph complaint alleges that Defendant violated the Administrative Procedure Act (APA) and the Fifth Amendment when the agency intends to subject Plaintiffs to a certain non-lethal weapon training program, called oleoresin capsicum spray (a type of pepper spray). This case implicates an agency-wide training program. Given the implication, the undersigned counsel needs to have the agency review the draft response and provide any input necessary prior to filing it with the Court. The agency counsel responsible for this matter is currently out of the office and, therefore, it appears that the undersigned counsel may not be able to obtain the necessary agency review and input today to file the response.

For these reasons, Defendant respectfully requests that the Court extend the deadline to May 7, 2008, for Defendant to respond to Plaintiffs' Complaint.

Dated: May 5, 2008.          Respectfully Submitted,

    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FRATERNAL ORDER OF POLICE, D.C.** ) <br> **LODGE 1, NDW LABOR COMMITTEE, INC.,** ) <br> *ET AL.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **ROBERT M. GATES,** ) <br> **Secretary, U.S Department of Defense,** ) <br> ) <br> **Defendant.** ) <br> ) | **Case No: 08-0039 (RJL)** |

ORDER

Upon consideration of Defendant's Unopposed Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Unopposed Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, May 7, 2008, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge