UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, D.C. )<br>LODGE 1, NDW LABOR COMMITTEE, INC., )<br>*ET AL.*, )<br>    )<br>        **Plaintiffs,** )<br>    )<br>    v.    )<br>    )<br>ROBERT M. GATES, )<br>Secretary, U.S Department of Defense, )<br>    )<br>        **Defendant.** )<br>_____ ) | Case No: 08-0039 (RJL) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(d), Defendant respectfully requests a two-business day extension of time from to May 7, 2008, to May 9, 2008, to respond to Plaintiffs' Complaint. Pursuant to Local Rule 7(m), the undersigned counsel attempted to confer with Plaintiff's counsel by phone and e-mail to seek his consent; however, at the time of this filing, the undersigned counsel has not heard from Plaintiff's counsel.

There is good cause for the Court to grant this Motion. Defendant intended to file the response to Plaintiff's Complaint today, the due date; however, the agency and supervisory review process of the draft response has taken more time than anticipated. Therefore, Defendant needs a short extension of time to allow the agency and the supervisory staff to complete the review process and for the undersigned counsel to finalize the response prior to filing it with the Court.

For these reasons, Defendant respectfully requests that the Court extend the deadline to May 9, 2008, for Defendant to respond to Plaintiffs' Complaint.

Dated: May 7, 2008.                    Respectfully Submitted,

   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRATERNAL ORDER OF POLICE, D.C.** )<br>**LODGE 1, NDW LABOR COMMITTEE, INC.,** )<br>*ET AL.*, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**ROBERT M. GATES,** )<br>**Secretary, U.S Department of Defense,** )<br>)<br>**Defendant.** )<br>) | Case No: 08-0039 (RJL) |

### ORDER

Upon consideration of Defendant's Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, May 9, 2008, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge