UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FRATERNAL ORDER OF POLICE, D.C.
LODGE 1, NDW LABOR COMMITTEE,
INC., et. al.,**
        Plaintiffs,

        v.        Civil Action No. 08-cv-0039(RJL)

**ROBERT M. GATES**, in his official
capacity as Secretary of the Department
of Defense
        Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

      Plaintiff FOP, et. al., through counsel, moves this Honorable Court for an order enlarging the time for the plaintiffs to respond to the defendant's motion to dismiss until June 19, 2008. As further grounds, counsel would state:

      1.    On May 9, 2008, the defendant filed its motion to dismiss the complaint.

      2.    Plaintiffs' counsel is presently out of the Washington, D.C. area on several other matters and is not scheduled to return until the third week of June 2008.

      3.    Plaintiffs' counsel is presently working on a fairly extensive Motion for Preliminary Injunction in the matter of *FOP v. Barry, et. al.*, Civil Action No. 08-cv-462(ESH) (USDC DC), from his office in upstate New York.

      4.    In addition, counsel will be attending the National Academy of Arbitrators Annual Meeting in Ottawa, Canada on May 21-24, 2008.

      5.    During the week of May 27-30, 2008, counsel will be on business travel in Las Vegas, as he is General Counsel to the Las Vegas Metropolitan Police Managers and Supervisors

Association. This is a regularly scheduled monthly trip.

6. During the week of June 2-4, 2008, plaintiffs' counsel will be preparing for and going to hearing in the matter of *NYS State Liquor Authority v. 2169, Ltd. Corp.*, in Albany, NY.

7. On June 5-6, 2008, counsel will be appearing in several local criminal courts in upstate New York.

8. On June 10-11, 2008, counsel has scheduled contract negotiations with the Department of the Army at Picatinny Arsenal, New Jersey.

9. On June 12, 2008, at 12:00 noon, counsel has oral argument in the matter of *Barbusin v. Trucillo*, Civil Action No. 05-4699 (RJD) (USDC EDNY), in Brooklyn, NY.

10. Counsel spoke with his colleague AUSA John Truong this morning and is authorized to represent to the Court that defense counsel does not oppose plaintiffs' request.

WHEREFORE plaintiffs' counsel prays that the Court grant this request for an extension of time to June 19, 2008, within which to respond to the Defendant's motion.

                Respectfully submitted,

*s/ Stephen G. DeNigris, Esq.*
Stephen G. DeNigris, Esq.
D.C. Bar No. 440697
Attorney for the Plaintiffs
2100 M Street NW Suite 170 - 283
Washington, DC 20037

Office: (703)416-1036
Fax:    (703)416-1037

Dated: May 19, 2008
       Albany, NY

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FRATERNAL ORDER OF POLICE, D.C.
LODGE 1, NDW LABOR COMMITTEE,
INC., et. al.,**
        Plaintiffs,

        v.        Civil Action No. 08-cv-0039(RJL)

**ROBERT M. GATES**, in his official
capacity as Secretary of the Department
of Defense
        Defendant.
_____/

## **O R D E R**

Upon consideration of the Plaintiffs' Unopposed Motion for an Extension of Time and for other good cause shown, it is hereby

**ORDERED** that the plaintiffs' motion is **GRANTED / DENIED.** And it is further

**ORDERED** that the plaintiffs shall have up to and including June 19, 2008, to file its opposition to the defendant's motion in this matter.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

Dated: May _____, 2008
       Washington, D.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copying of the foregoing motion for extension of time to file its opposition to defendant's motion to dismiss was sent by Electronic Mail (E-mail) on the 19th day of May 2008 to:

John Truong, Esq.
Assistant United States Attorney
555 4th Street, NW
Washington, D.C.  20530


at john.truong@usdoj.gov


*/s/s Stephen G. DeNigris, Esq.*
Stephen G. DeNigris, Esq.