UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FRATERNAL ORDER OF POLICE, D.C.
LODGE 1, NDW LABOR COMMITTEE,
INC., et. al.,**
        Plaintiffs,

        v.        Civil Action No. 08-cv-0039(RJL)

**ROBERT M. GATES**, in his official
capacity as Secretary of the Department
of Defense
        Defendant.
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff FOP, et. al., through counsel, moves this Honorable Court for an order enlarging the time for the plaintiffs to respond to the defendant's motion to dismiss until July 10, 2008. 2008.  As further grounds, counsel would state:

1. On May 9, 2008, the defendant filed its motion to dismiss the complaint.

2. Plaintiff's moved for and was granted an extension of time until June 19, 2008, to file its opposition.

3. Approximately 10 days later, Plaintiffs' counsel was required to return to upstate New York for an MRI and medical treatment for a knee injury.  Counsel was struck by a car in 980 when he was a police officer.  While in Washington, D.C. during this year's police memorial week, he somehow injured his knee.  The injury became consecutively worse requiring that counsel return to his residence in upstate New York.

4. Counsel lost approximately two and a half weeks of work while he tried to recuperate from the injury.

5. As a result, work on this opposition was delayed while counsel attempted to restructure his schedule, meetings and hearings.

6. Counsel is now several weeks behind in work but he is steadily making progress on addressing his responsibilities by working an extended workday each day.

7. For example, Counsel returned to Washington, D.C. this week and appeared before Judge Huevelle on June 17, 2008, for a status conference and Defendants' motion for a preliminary injunction in the matter of *FOP v. Barry, et. al.*, Civil Action No. 08-cv-462(ESH).

8. Counsel is required to file its opposition by Monday June 23, 2008, as the matter has been referred to Magistrate Judge Facciola for settlement conference on June 24, 2008.

9. Counsel is on travel to the Western United States later on June 24-27, 2008.

10. Counsel is out of the country from July 4-7, 2008.

11. As a result, counsel would respectfully request an extension of time until July 10, 2008, within which to response.

12. Counsel contacted his colleague AUSA John Truong this morning by e-mail and is authorized to represent to the Court that defense counsel does not oppose plaintiffs' request.

WHEREFORE plaintiffs' counsel prays that the Court grant this request for an extension of time to July 10, 2008, within which to respond to the Defendant's motion.

        Respectfully submitted,

        ***s/ Stephen G. DeNigris, Esq.***
        Stephen G. DeNigris, Esq.
        D.C. Bar No. 440697
        Attorney for the Plaintiffs
        2100 M Street NW Suite 170 - 283
        Washington, DC 20037

        Office: (703)416-1036
        Fax:   (703)416-1037

Dated: June 19, 2008
       Albany, NY

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FRATERNAL ORDER OF POLICE, D.C.**
**LODGE 1, NDW LABOR COMMITTEE,**
**INC., et. al.,**
        Plaintiffs,

        v.        Civil Action No. 08-cv-0039(RJL)

**ROBERT M. GATES**, in his official
capacity as Secretary of the Department
of Defense
        Defendant.
_____/

## **O R D E R**

Upon consideration of the Plaintiffs' Unopposed Motion for an Extension of Time and for other good cause shown, it is hereby

**ORDERED** that the plaintiffs' motion is **GRANTED / DENIED.** And it is further

**ORDERED** that the plaintiffs shall have up to and including July 10, 2008, to file its opposition to the defendant's motion in this matter.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

Dated: June _____, 2008
        Washington, D.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copying of the foregoing motion for extension of time to file its opposition to defendant's motion to dismiss was sent by Electronic Mail (E-mail) on the 19th day of June 2008 to:

John Truong, Esq.
Assistant United States Attorney
555 4th Street, NW
Washington, D.C.  20530


at john.truong@usdoj.gov


        */s/s Stephen G. DeNigris, Esq.*
        Stephen G. DeNigris, Esq.