UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, D.C.  )<br>LODGE 1, NDW LABOR COMMITTEE, INC., )<br>*ET AL.*,                                  )<br>                                            )<br>            **Plaintiffs,**              )<br>                                            )<br>      v.                                    )<br>                                            )<br>**ROBERT M. GATES,**              )<br>Secretary, U.S Department of Defense, )<br>                                            )<br>            **Defendant.**             )<br>                                            ) | Case No: 08-0039 (RJL) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(d), Defendant respectfully requests a one-week extension of time from July 21, 2008, to July 28, 2008, to file its Reply in support of its motion to dismiss. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause for the Court to grant this Motion. Defendant intended to file its Reply by the due date (July 21, 2008); however, due to other pressing litigation obligations, the undersigned counsel did not have an opportunity to complete preparing a draft Reply in advance for agency and supervisory review prior to filing it with the Court. Specifically, the undersigned counsel was on business travel on July 14 and July 15, in Snowflake, Arizona, to defend a deposition in America v. Barreto, Civ. No. 03-1807 (PLF). Upon return to the office on July 16, the undersigned had to prepare and file a Reply brief in Barnard v. DHS, Civ. No. 06-1393 (CKK) on July 17, 2008. Due to these matters the undersigned counsel did not complete preparing the Reply brief sufficiently in advance of the deadline for appropriate review before

filing it with the Court.

For these reasons, Defendant respectfully requests that the Court extend the deadline to July 28, 2008, for Defendant to file a Reply in this case.

Dated: July 18, 2008.                              Respectfully Submitted,

    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**FRATERNAL ORDER OF POLICE, D.C.**         )
**LODGE 1, NDW LABOR COMMITTEE, INC.,**  )
*ET AL.*,                                                                    )
                                                                                   )
                    **Plaintiffs,**                                   )
                                                                                   )
          v.                                                                   )          Case No:  08-0039 (RJL)
                                                                                   )
**ROBERT M. GATES,**                                      )
**Secretary, U.S Department of Defense,**    )
                                                                                   )
                    **Defendant.**                                 )
_____)

ORDER

Upon consideration of Defendant's Consent Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consnt Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, July 28, 2008, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge