UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, D.C. )<br>LODGE 1, NDW LABOR COMMITTEE, INC., )<br>*ET AL.*, )<br>   ) <br>         Plaintiffs,    )<br>   )<br>   v.    )<br>   )<br>ROBERT M. GATES,    )<br>Secretary, U.S Department of Defense,    )<br>   )<br>         Defendant.    )<br>   ) | Case No: 08-0039 (RJL) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(d), Defendant respectfully requests a one-week extension of time from July 28, 2008, to August 4, 2008, to file its Reply in support of its motion to dismiss. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this Motion.

There is good cause for the Court to grant this Motion. Defendant intended to file its Reply by the due date (July 28, 2008); however, the undersigned counsel had to devote substantial time this past week to the In re Fannie Mae Security Litigation, MDL 1688, in an attempt to resolve the on-going privilege claim dispute in the case. Specifically, the undersigned counsel had to participate in several long internal telephone conferences to discuss the issues and to formulate a proposal to resolve the dispute. Furthermore, the undersigned counsel also devoted time to conferring with the Defendants in the MDL matter. These conferences resulted in a proposal to resolve the on-going discovery dispute, which was forwarded to Defendants on late Friday afternoon. In fact, the undersigned counsel continued to work on the issue over the

weekend with counsel for OFHEO and the Appellate Division at the Department of Justice.

Furthermore, the undersigned counsel filed a reply brief in yet another case this past Friday, July 25, 2008. Given these pressing obligations, the undersigned counsel did not have an opportunity to finalize the Reply brief sufficiently in advance for agency and supervisory review prior to filing it with the Court.

For these reasons, Defendant respectfully requests that the Court extend the deadline to August 4, 2008, for Defendant to file a Reply in this case.

Dated: July 28, 2008.                              Respectfully Submitted,

      /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


      /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

      /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FRATERNAL ORDER OF POLICE, D.C.** )
**LODGE 1, NDW LABOR COMMITTEE, INC.,** )
*ET AL.*, )
                   **Plaintiffs,** )
                  **v.** )    **Case No: 08-0039 (RJL)**
**ROBERT M. GATES,** )
**Secretary, U.S Department of Defense,** )
                  **Defendant.** )

ORDER

Upon consideration of Defendant's Consent Motion for An Extension of Time and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Consent Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to, and including, August 24, 2008, to file a Reply.

SO ORDERED.

_____
U.S. District Judge