UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRATERNAL ORDER OF POLICE, D.C. LODGE 1, NDW LABOR COMMITTEE, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT M. GATES, Secretary, U.S Department of Defense, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No: 08-0039 (RJL) |

*ERRATA* NOTICE RE: DEFENDANT'S REPLY IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Citing the Declaration of Eric Hammett, footnote 2 of Defendant's Reply mistakenly states that "83 police officers had gone through the training, and none of the officers suffered permanent injuries or died as a result of the training." See Defendant's Reply at 14 n.2 (Dkt. No. 18). Footnote 2 should state that "*series* 0083 Police Officers had gone through the training, and none of the officers suffered permanent injuries or died as a result of the training." See Gov. Reply Exh. A (Dkt. No. 18). "0083" is a job series number, not the actual number of police officers.

Dated: August 20, 2008.                                   Respectfully Submitted,


                                                          /s/   Jeffrey A. Taylor
                                                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                          United States Attorney

                                                          /s/   Rudolph Contreras
                                                          RUDOLPH CONTRERAS, D.C. BAR #434122
                                                          Assistant United States Attorney

        /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant


OF COUNSEL:
FRANK JIMENEZ
General Counsel of the Navy
JOHN D. NOEL
Senior Trial Attorney
Navy Litigation Office
720 Kennon St, S.E., RM 233
Washington Navy Yard, DC 20374